UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
00 JUN -5 AM 11: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

CHARLES MARVIN ASKEW, )
    Petitioner, )
vs. ) CV00-S-703-E
UNITED STATES OF AMERICA, )
    Respondent. )

ENTERED
JUN 5 2000

**MEMORANDUM OPINION**

On April 13, 2000, the magistrate judge's findings and recommendation was entered and the parties were allowed therein 15 days within which to file objections. On April 24, 2000, petitioner filed objections to the magistrate judge's findings and recommendation.

After careful consideration of the record in this case, the magistrate judge's findings and recommendation, and the petitioner's objections thereto, the court finds that the sole issue in this case is whether petitioner can challenge in the Northern District of Alabama the sentence imposed upon him in the Middle District of Florida. The answer is clearly no. The findings and recommendation of the magistrate judge simply say that petitioner cannot challenge the sentence imposed in the Middle District of Florida in this court for two reasons: (1) the sentencing court (the Middle District of Florida) has the authority to modify or vacate a sentence, assuming petitioner's challenge to his underlying convictions is sustained, but this court does not; and (2) the challenge here, although styled as a § 2241 proceeding, is not a challenge to the "duration" of petitioner's confinement

beyond the sentence imposed. *Maleng v. Cook*, 490 U.S. 488 (1989), thus has no bearing on the disposition of the pending petition in the Northern District of Alabama.

The court accordingly hereby ADOPTS the findings of the magistrate judge and further ACCEPTS the recommendations of the magistrate judge. An order in conformity with this Memorandum Opinion will be entered.

DONE this 5th day of June, 2000.

_____
United States District Judge